JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS S. MILLER,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. EDCV 18-1409-DOC (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing the Action Without Prejudice prepared by United States Magistrate Judge Kenly Kiya Kato,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 30, 2018

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge